**Larry Keith GREEN, a/k/a Said Abdullah Hakim, Plaintiff–Appellant,**

v.

**NORTH CAROLINA DEPARTMENT OF CORRECTIONS; Carlton B. Joyner; Tresa Brown Tomlinson; Bobby W. Marshall; G. Blackman; H. Clay; Sergeant Strickland; D. Stanley; J. Martin, Governor; T. Gulley; Correctional Officer Cobb; Correctional Officer Pratt; B. Tally; Joseph Umesi; Carmen Hendricks; Hope Smith; D. Strickland; John Aslett; M. Reynolds; P. Davis; W. Lunsford; Thomas Tart, Defendants–Appellees.**

No. 13–7819.

United States Court of Appeals, Fourth Circuit.

Submitted: March 27, 2014.

Decided: March 31, 2014.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (5:11–ct–03175–BO).

Larry Keith Green, Appellant Pro Se.

Before MOTZ, Circuit Judge, and HAMILTON and DAVIS, Senior Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Keith Green appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2006) complaint without prejudice under 28 U.S.C. § 1915(e)(2)(B) (2012), and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Green v. North Carolina Dep't of Corr.*, No. 5:11–ct–03175–BO (E.D.N.C. June 26 & Oct. 29, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*